UNITED STATES DISTRICT COURT FOR
DISTRICT OF PUERTO RICO

--------------------------------------------------------------------------

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | : Civil Action File |
| | : No. 15-CV- 02669- PAD |
| Plaintiff, | : |
| v. | : **CONSENT JUDGMENT** |
| OPTIMUS INVESTIGATIONS CORP. and JORGE RIVERA BERRIOS, Individually and as Officer, | : |
| | : |
| Defendants. | : |
| | : |

--------------------------------------------------------------------------

Plaintiff, the Secretary of Labor, has filed his Complaint alleging that Defendants OPTIMUS INVESTIGATIONS CORP. and JORGE RIVERA BERRIOS, individually and as officer ("Defendants") have violated sections 7 and 15(a)(2) of the Fair Labor Standards Act of 1938, as amended ("the Act"), 29 U.S.C. §§ 207(a) and 215(a)(2). Defendants have appeared by Counsel, waive their answer, and agree to the entry of this Judgment without contest. By executing this Consent Judgment, Defendants waive formal service of process of the summons and complaint in this matter.

Whereas Defendants admit that this Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the District of Puerto Rico.

Whereas Defendants admit that they misclassified employees employed as security guards as independent contractors, known as "professional services."

Whereas Defendants admit that they employed employees as security guards in excess of 40 hours in a work week without paying overtime premiums as required by the Act.

Whereas Defendants understand and agree that demanding or accepting any of the funds found due under this Judgment, or threatening any employee for accepting money due under this

Judgment or for exercising any rights under the Act, is specifically prohibited by this Judgment and may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

Whereas Defendants acknowledge their responsibilities pursuant to this agreement, and acknowledge that they will be subject to sanctions in contempt of this court if they fail to comply with the provisions of this Judgment.

It is, therefore, upon motion of the attorneys for Plaintiff and for cause shown:

I.

ORDERED that Defendants, their officers, employees, agents, and all persons acting or claiming to act in the Defendants' behalf and interest are permanently enjoined and restrained from violating the provisions of sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), in any of the following manners:

(1) Defendants shall pay their security guards and all other employees at time and one-half their regular hourly rates for all hours worked over 40 per week, and shall not, contrary to Section 7 of the Act, employ any of their employees in any workweek for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employee receives compensation in compliance with the Act.

(2) Defendants shall not discharge or take any retaliatory action against any employee because the employee engages in any of the following activities:

a. Discloses, or threatens to disclose, to a supervisor or to a public agency, any activity, policy or practice of the employer or another employer, with whom there

2

is a business relationship, that the employee reasonably believes is in violation of the Act or a rule or regulation promulgated pursuant to the Act;

b.  Provides information to, or testifies before, any public agency or entity conducting an investigation, hearing or inquiry into any alleged violation of the Act or a rule or regulation promulgated pursuant to the Act, by the employer or another employer with whom there is a business relationship.

c.  Objects to, or refuses to participate in any activity, policy or practice which the employee reasonably believes is in violation of the Act or a rule or regulation promulgated pursuant to the Act.

II.

ORDERED that Defendants jointly and severally, are enjoined and restrained from withholding the payment of a total of **$83,382.74** in overtime compensation due certain employees listed on Exhibit A, for work performed between August 5, 2013 and August 2, 2015.

III.

ORDERED that Defendants jointly and severally, shall pay **$83,382.74** in liquidated damages due and owing to Defendants' employees listed in Exhibit A.

IV.

ORDERED that Defendants, jointly and severally, shall pay post-judgment interest of 1% on all amounts not paid within 30 days of the date of execution of this Judgment.

V.

ORDERED that to accomplish the requirements of paragraphs II, III, and IV, Defendants shall deliver the following payments to the Secretary:

3

(1) Payments of back wages, liquidated damages and interest will be made in 72 semi-monthly installments in accordance with the amounts and due dates set forth in Exhibit B. All payments shall be made by October 31, 2018. All installment payments shall be in separate cashier or certified checks made payable to **"Wage and Hour Division - Labor" with "Case No. 1749079" written on the face of each check.**

(2) Payments 1-36 on Exhibit B shall be for liquidated damages. Payments 37-72 shall be for back wages.

(3) Defendants shall send all checks to:

> **U.S. Department of Labor/Wage & Hour Division**
> **The Curtis Center, Suite 850, West**
> **170 S. Independence Mall West**
> **Philadelphia, PA 19106-3317**

## VI.

ORDERED that Defendants shall send a copy of each of the checks in paragraph V to Jose R. Vazquez, District Director, U.S. Department of Labor, Wage and Hour Division, Caribbean District Office, Santander Tower at San Patricio, B-7 Tabonuco Street, Suite 1104, Guaynabo, PR 00968.

## VII.

ORDERED that if Defendants fail to make an installment payment as set forth in paragraph V and Exhibit B to this Judgment without making up the arrearage within two weeks, the entire balance of unpaid wages and liquidated damages shall become due and payable immediately.

## VIII.

ORDERED that Plaintiff shall deliver the proceeds of each check less any legal deductions to the

employees named on Exhibit A. Any sums not distributed to the employees or to their personal representatives or estates within a period of three years, because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited in the Treasury of the United States as miscellaneous receipts pursuant to 29 U.S.C. § 216(c).

IX.

ORDERED that Defendants shall provide to Plaintiff the Social Security numbers and last known addresses of the Defendants' employees and former employees to be paid under this Judgment within 20 days of the date of entry of this Judgment.

X.

ORDERED that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the back wages or liquidated damages from any of the employees listed on the attached Exhibit A. Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds due under this Judgment. Violation of this paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

XI.

ORDERED that if Defendants fail to make the payments as set forth above and in Exhibit B, then in addition to the provisions of Paragraph VII, the Court, upon notice to the Defendants, shall appoint a Receiver. In the event a Receiver is appointed, it is:

(1) ORDERED that Defendants shall produce to the Receiver all books and records and any other information the Receiver requires to carry out the provisions of this Judgment. In addition, Defendants shall submit to a sworn accounting by an independent certified

public accountant and/or Receiver, and shall testify, if the accountant or Receiver so decides.

(2) ORDERED that all the expenses of the accountant or Receiver shall be borne solely by Defendants, provided same are reasonable and substantially in accord with the then-prevailing professional rate for the same or similar services.

(3) ORDERED that Receiver shall serve until the payment of the monetary terms of this judgment are satisfied.

(4) ORDERED that the Receiver shall have full authority to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate the Defendants' assets and turn over the proceeds to the Secretary; if the asset is a debt that is due, collect it and turn over the proceeds to the Secretary; to analyze all indebtedness and where deemed appropriate seek restructuring; to analyze all transfers of the Defendants' assets; to prevent waste or fraud; and to do all acts and take all measures necessary or proper for the efficient performance of the duties under this Judgment.

## XII.

ORDERED that Defendants shall place FLSA posters in both English and Spanish where employees may view them. These posters will be provided by the Wage and Hour Division as available.

## XIII.

ORDERED that Defendants shall orally inform all their employees in Spanish and in any other language spoken by the employees of their rights under the Fair Labor Standards Act, and the terms of this Judgment, including the payment of minimum wages and overtime and the rights of employees to engage in activity protected by the Act without fear of retaliation. The Defendants

shall so inform their employees within thirty (30) days of the entry of Judgment.

XIV.

ORDERED that neither the commencement of this action nor the provisions of this Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of Defendants not listed in Exhibit A of this Judgment, be they current or former employees, to file any action against Defendants under section 16(b) of the Act or likewise for any current or former employee listed on Exhibit A of this Judgment to file any action against Defendants under section 16(b) of the Act for any violations alleged to have occurred after August 2, 2015.

XV.

ORDERED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

S/Pedro A. Delgado-Hernandez

PEDRO A. DELGADO HERNANDEZ

UNITED STATES DISTRICT JUDGE

DATED: October 30, 2015.
San Juan, Puerto Rico

Defendants have appeared by the undersigned counsel and consent to the entry of this Judgment.

OPTIMUS INVESTIGATIONS CORP.

BY:

_____

_____

JORGE RIVERA BERRIOS, Individually and
as officer

_____

Attorney for Defendants
Address: 1139 America Miranda Ave · Tel (787) 791-7373
San Juan, PR. 00921

On the 23 day of October, 2015 before me came *Manuel Duran*, to me

known, who, being by me duly sworn, did depose and say that he is a duly authorized officer of

OPTIMUS INVESTIGATIONS CORP. described in and which executed the foregoing

instrument, that he signed his name thereto by like order.

_____

NOTARY PUBLIC

Affidavit: 14    On the 23 day of October, 2015 before me personally appeared JORGE RIVERA

BERRIOS to me known, who, being by me duly sworn, executed the foregoing instrument.

_____

NOTARY PUBLIC

8



EXHIBIT A
OPTIMUS INVESTIGATIONS CORP.

| Last Name | First Name | BWs Due | LDs Due | Total |
|---|---|---|---|---|
| ABAD | RAFAEL | $1,274.19 | $1,274.19 | $2,548.38 |
| ABAD RAMIREZ, | WASKAR J. | $442.25 | $442.25 | $884.50 |
| AGOSTO ORTIZ | NORMA G. | $364.31 | $364.31 | $728.62 |
| ALCARAZ ALICEA, | LUIS G. | $309.03 | $309.03 | $618.06 |
| ALVAREZ CARRASQUILLO | CARLOS | $34.44 | $34.44 | $68.88 |
| ALVAREZ CUADRADO | DARYL | $29.00 | $29.00 | $58.00 |
| ALVAREZ PIZARRO | FRANCISCO | $164.94 | $164.94 | $329.88 |
| ANAYA SANTIAGO | ALBERTO J. | $2,086.00 | $2,086.00 | $4,172.00 |
| APONTE DIAZ, | MARIANGELLY | $77.03 | $77.03 | $154.06 |
| AREIZAGA, | BRIAN | $288.19 | $288.19 | $576.38 |
| ARROYO ESQUERDO, | VILMARIE | $101.50 | $101.50 | $203.00 |
| ARROYO GOMEZ, | GISELA | $177.63 | $177.63 | $355.26 |
| ARVELO RIOS, | LENIER O. | $29.00 | $29.00 | $58.00 |
| ARZUAGA BRUNO, | IRVING | $29.00 | $29.00 | $58.00 |
| BAEZ GONZALEZ, | ALFREDY | $77.94 | $77.94 | $155.88 |
| BATAY ORTIZ, | JERRY | $1,125.56 | $1,125.56 | $2,251.12 |
| BAUZA CARTAGENA | DEREK | $23.56 | $23.56 | $47.12 |
| BENITEZ FALCON, | RAMON E. | $29.00 | $29.00 | $58.00 |
| BENITEZ NIEVES, | EDGARDO | $72.50 | $72.50 | $145.00 |
| BERDECIA FIGUEROA | WILNER | $138.13 | $138.13 | $276.26 |
| BERMUDEZ OJEDA | ANGEL | $3,294.00 | $3,294.00 | $6,588.00 |
| BORRERO SANCHEZ, | ZACHARY | $54.38 | $54.38 | $108.76 |
| BULTRON ROBLES, | CARLOS | $728.63 | $728.63 | $1,457.26 |
| BURGOS DIAZ, | CARLOS A. | $21.75 | $21.75 | $43.50 |
| BURGOS LOPEZ, | HECTOR R. | $58.00 | $58.00 | $116.00 |
| CABRERA ROSARIO, | ROBERTO G. | $426.84 | $426.84 | $853.68 |
| CACERES ZAVALA, | GABRIEL | $540.13 | $540.13 | $1,080.26 |
| CALDERON GOMEZ, | RAFAEL E. | $36.25 | $36.25 | $72.50 |
| CALDERON MILLAN, | CARLOS O. | $304.50 | $304.50 | $609.00 |
| CARABALLO GALARZA, | CARLOS J. | $83.38 | $83.38 | $166.76 |
| CARABALLO SERRANO, | HECTOR A. | $802.94 | $802.94 | $1,605.88 |
| CARDONA RAMOS, | GLADIMAR | $61.63 | $61.63 | $123.26 |
| CARRASQUILLO CARRION, | CARIAN | $32.63 | $32.63 | $65.26 |
| CARRASQUILLO LOPEZ, | JOSE A. | $319.00 | $319.00 | $638.00 |
| CARRERO FALCON, | EDGARDO | $50.75 | $50.75 | $101.50 |
| CASADO RIVERA, | LEE J. | $246.50 | $246.50 | $493.00 |
| CASANOVA, | MADELINE | $119.63 | $119.63 | $239.26 |
| CASTRO DIAZ, | KENNETH | $56.19 | $56.19 | $112.38 |
| CASTRO GARCET, | ELIS | $52.56 | $52.56 | $105.12 |
| CEPEDA CRUZ | DAYNA | $72.50 | $72.50 | $145.00 |
| COLLAZO CUADRADO, | GUSTAVO J. | $110.56 | $110.56 | $221.12 |
| COLON CRUZ, | YESENIA | $534.69 | $534.69 | $1,069.38 |
| COLON MACHUCA | ANTHONY | $58.00 | $58.00 | $116.00 |
| COLON RODRIGUEZ, | WILLIAM E. | $126.88 | $126.88 | $253.76 |
| COLON ROSADO, | BENJAMIN | $402.38 | $402.38 | $804.76 |

Case ID: 1749079

OPTIMUS INVESTIGATIONS CORP.

| | | | | |
|---|---|---|---|---|
| CORDERO TORRES, | CARLOS O. | $420.50 | $420.50 | $841.00 |
| CORREA FUENTES, | JOSE A. | $547.38 | $547.38 | $1,094.76 |
| CORREA RODRIGUEZ, | JOSE A. | $369.75 | $369.75 | $739.50 |
| CRUZ ESTREMERA, | EMMANUEL J. | $87.00 | $87.00 | $174.00 |
| CRUZ LOZADA, | JONATHAN | $355.25 | $355.25 | $710.50 |
| CRUZ MATEO | DIONISIA | $777.56 | $777.56 | $1,555.12 |
| DAVILA ORTIZ, | INNEABELLE | $660.11 | $660.11 | $1,320.22 |
| DE JESUS LOPEZ, | ANGEL D. | $59.81 | $59.81 | $119.62 |
| DE LA TORRE SEVILLA, | ERIC M. | $79.75 | $79.75 | $159.50 |
| DE LEON CRUZADO | JAN CARLOS | $32.63 | $32.63 | $65.26 |
| DELGADO GONZALEZ, | DALILA | $67.06 | $67.06 | $134.12 |
| DELGADO MARQUEZ, | CHRISTIAN A. | $458.56 | $458.56 | $917.12 |
| DELGADO RODRIGUEZ, | CHRISTOPHER | $955.19 | $955.19 | $1,910.38 |
| DIAZ GARCIA, | JAIRO | $293.63 | $293.63 | $587.26 |
| DIAZ LEBRON | EMMANUEL | $43.50 | $43.50 | $87.00 |
| DIAZ MERCADO, | EMILIO | $355.25 | $355.25 | $710.50 |
| DIAZ ZALDUONDO, | EMILIO JR. | $47.13 | $47.13 | $94.26 |
| DONES RAMIREZ, | ELADIO | $255.56 | $255.56 | $511.12 |
| ENCARNACION DIAZ, | ELIUD D. | $285.47 | $285.47 | $570.94 |
| ENCARNACION DIAZ, | JONATHAN | $436.81 | $436.81 | $873.62 |
| ESCALANTE ORTIZ | LUIS | $29.00 | $29.00 | $58.00 |
| ESPINAL GUTIERREZ, | ANALI | $36.25 | $36.25 | $72.50 |
| FEBUS RIVERA, | ANGEL | $731.34 | $731.34 | $1,462.68 |
| FERNANDEZ MONTANEZ, | IVAN | $396.94 | $396.94 | $793.88 |
| FERRER FEBRES, | OSCAR | $500.25 | $500.25 | $1,000.50 |
| FIORENTINO PERALTA, | OSCAR C. | $56.19 | $56.19 | $112.38 |
| FLETTE DIFFO, | YHORDY | $960.56 | $960.56 | $1,921.12 |
| FLORAN LUGO, | ORLANDO | $282.75 | $282.75 | $565.50 |
| FONTANEZ RODRIGUEZ, | JAVIER O. | $1,114.69 | $1,114.69 | $2,229.38 |
| GARCIA BURGOS | DYLAN | $34.44 | $34.44 | $68.88 |
| GARCIA CORTES, | RAFAEL E. | $47.13 | $47.13 | $94.26 |
| GARCIA FEBO, | GAMALIEL | $105.13 | $105.13 | $210.26 |
| GARCIA MARRERO, | EDUARDO | $36.25 | $36.25 | $72.50 |
| GARCIA RODRIGUEZ, | LUIS A. | $181.25 | $181.25 | $362.50 |
| GOMEZ CABALLERO, | VANESSA E. | $324.44 | $324.44 | $648.88 |
| GONZALEZ HERNANDEZ | WILMA | $116.00 | $116.00 | $232.00 |
| GONZALEZ RIOS, | JORGE J. | $129.59 | $129.59 | $259.18 |
| GONZALEZ VELAZQUEZ | YERALISA | $25.38 | $25.38 | $50.76 |
| GRACIANI VIZCARRONDO, | EGDALYS | $116.00 | $116.00 | $232.00 |
| HALEY JAVIER, | HARRISON | $85.19 | $85.19 | $170.38 |
| HERNANDEZ RODRIGUEZ,. | JONATHAN O | $739.50 | $739.50 | $1,479.00 |
| IRIZARRY MALAVE, | WILFREDO | $30.81 | $30.81 | $61.62 |
| JAQUEZ DURAN, | JAVIER R. | $3,829.81 | $3,829.81 | $7,659.62 |
| JAQUEZ DURAN, | JUAN C. | $2,847.44 | $2,847.44 | $5,694.88 |
| LAMOURT SANTOS, | MARILYN | $29.00 | $29.00 | $58.00 |
| LAUREANO RIVERA, | JOSUE M. | $179.44 | $179.44 | $358.88 |
| LEBRON ORTIZ, | JOHANNA | $431.38 | $431.38 | $862.76 |

2

OPTIMUS INVESTIGATIONS CORP.

| | | | | |
|---|---|---|---|---|
| LEON TORRES, | ALEXIS | $39.88 | $39.88 | $79.76 |
| LINARES NAVARRO, | JOSE E. | $364.31 | $364.31 | $728.62 |
| LOPEZ MACHIOTE | WILSON | $32.63 | $32.63 | $65.26 |
| LOPEZ MELENDEZ, | JATSIEL | $85.19 | $85.19 | $170.38 |
| LOPEZ MELENDEZ, | JUAN E. | $242.88 | $242.88 | $485.76 |
| LOPEZ ORTIZ, | JOSE A. | $90.63 | $90.63 | $181.26 |
| LOPEZ RAMIREZ, | CARLOS E. | $29.00 | $29.00 | $58.00 |
| LOZADA GARCIA, | EMMANUEL | $58.00 | $58.00 | $116.00 |
| LUNA DAVILA, | NELSON | $634.38 | $634.38 | $1,268.76 |
| MADERA MALDONADO, | ALEXANDER | $21.75 | $21.75 | $43.50 |
| MALDONADO CARRILLO, | JOSE A. | $183.06 | $183.06 | $366.12 |
| MARCANO LOPEZ | FREDDIE | $20.84 | $20.84 | $41.68 |
| MARQUEZ CASTRO, | ORLANDO | $348.00 | $348.00 | $696.00 |
| MARTINEZ MALDONADO, | ANGEL L. | $205.72 | $205.72 | $411.44 |
| MARTINEZ RIOS, | WILLIAM A. | $41.69 | $41.69 | $83.38 |
| MARTINEZ VAZQUEZ | JOSIAN | $72.50 | $72.50 | $145.00 |
| MARTINEZ VAZQUEZ, | ANGEL L. | $366.13 | $366.13 | $732.26 |
| MARTINEZ, | JUSTINO | $29.00 | $29.00 | $58.00 |
| MASSAS, | SANDRA IVETTE | $2,547.19 | $2,547.19 | $5,094.38 |
| MATIAS MORALES, | ABNIEL L. | $1,277.81 | $1,277.81 | $2,555.62 |
| MEDINA MONTERO, | DIANA I. | $101.50 | $101.50 | $203.00 |
| MELO GUEVARA, | WILLIAM | $610.81 | $610.81 | $1,221.62 |
| MENDEZ RIOS, | ALEXIE J. | $311.75 | $311.75 | $623.50 |
| MERCADO BATISTA, | JOHNNY | $406.00 | $406.00 | $812.00 |
| MERCADO COTTO, | WILFREDO | $46.00 | $46.00 | $92.00 |
| MERCADO GONZALEZ, | ANGEL L. | $311.75 | $311.75 | $623.50 |
| MERCADO MARTINEZ, | LUIS A. | $1,466.31 | $1,466.31 | $2,932.62 |
| MERCADO SANCHEZ, | JOSE M. | $179.44 | $179.44 | $358.88 |
| MERCADO SERRANO, | ANGEL L. | $29.00 | $29.00 | $58.00 |
| MILLAN CEPEDA, | EDWIN | $752.19 | $752.19 | $1,504.38 |
| MIRANDA CRUZ | FERNANDO | $36.25 | $36.25 | $72.50 |
| MOLINA BURGOS, | AXEL N. | $391.50 | $391.50 | $783.00 |
| MORALES COLON, | JAIME J. | $569.14 | $569.14 | $1,138.28 |
| MORALES CRUZ | ARNALDO | $29.00 | $29.00 | $58.00 |
| MORALES FLORES, | JOSE A. | $159.50 | $159.50 | $319.00 |
| MORALES RIOS, | CARLOS R. | $50.75 | $50.75 | $101.50 |
| MORALES SOTO, | JORGE L. | $264.63 | $264.63 | $529.26 |
| MORALES ZAVALA | MARLYN | $116.25 | $116.25 | $232.50 |
| MUJICA SANCHEZ, | ROSAURA | $592.69 | $592.69 | $1,185.38 |
| NEGRON COLLAZO, | JOSE I. | $956.25 | $956.25 | $1,912.50 |
| NEGRON GONZALEZ | JOSEPH | $29.00 | $29.00 | $58.00 |
| NEGRON OTERO | JOSE | $30.81 | $30.81 | $61.62 |
| OCASIO CIURO, | YEISELIN | $308.13 | $308.13 | $616.26 |
| OCASIO ROSA, | JERRY O. | $39.88 | $39.88 | $79.76 |
| OLIVERA AYUSO, | JEAN C. | $106.03 | $106.03 | $212.06 |
| OLIVO SANTANA, | JOSE E. | $228.00 | $228.00 | $456.00 |
| OLIVO VELEZ, | BRYAN A. | $408.72 | $408.72 | $817.44 |

Case ID: 1749079

OPTIMUS INVESTIGATIONS CORP.

| | | | | |
|---|---|---|---|---|
| ORONA SEPULVEDA, | RAYMOND | $261.91 | $261.91 | $523.82 |
| ORTEGA BURGOS, | JULIO | $29.00 | $29.00 | $58.00 |
| ORTIZ INCLE, | DANIEL | $228.38 | $228.38 | $456.76 |
| ORTIZ RODRIGUEZ | WILFREDO | $61.63 | $61.63 | $123.26 |
| OTERO COSME | LUIS | $29.00 | $29.00 | $58.00 |
| PACHECO ACOSTA, | CARLOS F. | $1,738.20 | $1,738.20 | $3,476.40 |
| PAGAN MERCADO, | DESIREE | $58.00 | $58.00 | $116.00 |
| PARIS AYALA, | EDWARD | $172.19 | $172.19 | $344.38 |
| PARRA ECHEVARRIA, | WILBERT J. | $166.75 | $166.75 | $333.50 |
| PEREZ CONCEPCION | LUIS | $47.13 | $47.13 | $94.26 |
| PEREZ DIAZ, | ULISES O. | $116.00 | $116.00 | $232.00 |
| PEREZ LUNA, | MARCELO | $27.19 | $27.19 | $54.38 |
| PEREZ MENDEZ | LUIS | $32.00 | $32.00 | $64.00 |
| PEREZ OLIVO, | JULIAN O | $110.56 | $110.56 | $221.12 |
| PEREZ ORTIZ | LORENZO | $97.88 | $97.88 | $195.76 |
| PIZARRO CARRASQUILLO, | PEDRO | $130.50 | $130.50 | $261.00 |
| PIZARRO HERNANDEZ, | PREBISFERO | $153.75 | $153.75 | $307.50 |
| PIZARRO MASSAS, | LEONEL J. | $96.06 | $96.06 | $192.12 |
| POLANCO VALDEZ, | JOHAN M. | $61.63 | $61.63 | $123.26 |
| PULLIZA, | REY | $126.88 | $126.88 | $253.76 |
| RAMOS DEL VALLE, | ISMAEL J. | $174.91 | $174.91 | $349.82 |
| RAMOS LOZADA, | RANDALL R. | $157.69 | $157.69 | $315.38 |
| RAMOS PEREZ, | EDGAR | $65.25 | $65.25 | $130.50 |
| REYES MARRERO, | JESUS | $29.00 | $29.00 | $58.00 |
| REYES NUNEZ | JOSE | $34.44 | $34.44 | $68.88 |
| RIVERA ADORNO, | PATRICIO | $301.79 | $301.79 | $603.58 |
| RIVERA DIAZ, | ELSIE E. | $46.22 | $46.22 | $92.44 |
| RIVERA DIAZ, | EMELY M. | $58.00 | $58.00 | $116.00 |
| RIVERA JIMENEZ, | JESSE | $123.25 | $123.25 | $246.50 |
| RIVERA LOPEZ, | MARISOL | $757.63 | $757.63 | $1,515.26 |
| RIVERA RIVERA, | ADRIANA | $1,497.00 | $1,497.00 | $2,994.00 |
| RIVERA RIVERA, | KELVIN | $94.25 | $94.25 | $188.50 |
| RIVERA RODRIGUEZ, | MIGUEL A. | $54.38 | $54.38 | $108.76 |
| RIVERA ROLON, | KELVIN | $719.56 | $719.56 | $1,439.12 |
| RIVERA ROSARIO, | PEDRO G. | $384.25 | $384.25 | $768.50 |
| RIVERA RUIZ, | JOEL | $45.31 | $45.31 | $90.62 |
| RIVERA SANTIAGO, | VANESSA | $714.13 | $714.13 | $1,428.26 |
| RIVERA SANTIAGO, | WILMER J. | $45.31 | $45.31 | $90.62 |
| RIVERO, | JOSE M. | $104.22 | $104.22 | $208.44 |
| ROBLES CALDERON, | ROSA | $32.63 | $32.63 | $65.26 |
| ROBLES QUINTANA, | JOSUE G. | $184.88 | $184.88 | $369.76 |
| RODRIGUEZ ARROYO | LUIS | $47.13 | $47.13 | $94.26 |
| RODRIGUEZ BENITEZ, | LUIS | $400.56 | $400.56 | $801.12 |
| RODRIGUEZ GAUTIER, | ROBERTO | $65.25 | $65.25 | $130.50 |
| RODRIGUEZ MARRERO, | JEAN C. | $261.00 | $261.00 | $522.00 |
| RODRIGUEZ MATOS, | JOSE R. | $1,308.63 | $1,308.63 | $2,617.26 |
| RODRIGUEZ MEYER, | VINCENT | $29.00 | $29.00 | $58.00 |

Case ID: 1749079

OPTIMUS INVESTIGATIONS CORP.

| | | | | |
|---|---|---|---|---|
| RODRIGUEZ MILLS, | MARGARITA M. | $118.72 | $118.72 | $237.44 |
| RODRIGUEZ PADILLA, | EDWIN | $174.00 | $174.00 | $348.00 |
| RODRIGUEZ RODRIGUEZ | MIGUEL | $25.38 | $25.38 | $50.76 |
| RODRIGUEZ ROSARIO, | LUIS | $241.06 | $241.06 | $482.12 |
| RODRIGUEZ VALENTIN, | EDNITA | $50.75 | $50.75 | $101.50 |
| ROMAN DEL VALLE, | ISMAEL | $58.00 | $58.00 | $116.00 |
| ROMAN HERNANDEZ, | PABLO J. | $462.19 | $462.19 | $924.38 |
| ROMAN LASALLE, | EFRAIN | $1,477.19 | $1,477.19 | $2,954.38 |
| ROMAN MUNOZ | EMILIO | $5,709.38 | $5,709.38 | $11,418.76 |
| RONDON DE LA NUEZ, | PAOLA | $190.31 | $190.31 | $380.62 |
| ROSADO OSORIO, | LIZNEL | $21.75 | $21.75 | $43.50 |
| ROSADO SANTIAGO, | LIZZ M. | $291.81 | $291.81 | $583.62 |
| ROSADO TRUJILLO, | CARLOS J. | $273.69 | $273.69 | $547.38 |
| ROSARIO DE LEON | LYDIA | $29.00 | $29.00 | $58.00 |
| ROSARIO MASSAS, | EDDIE | $101.50 | $101.50 | $203.00 |
| ROSARIO MERCADO, | DAVID | $497.17 | $497.17 | $994.34 |
| ROUSSEL COLON, | ALFREDO | $116.00 | $116.00 | $232.00 |
| RUIZ ORTIZ, | JOSUE L. | $52.56 | $52.56 | $105.12 |
| SALDANA RODRIGUEZ, | BASILIO | $29.00 | $29.00 | $58.00 |
| SANCHEZ | LUIS, E. | $32.63 | $32.63 | $65.26 |
| SANJURJO, | VICTOR | $36.25 | $36.25 | $72.50 |
| SANTANA FELICIANO, | JOSE M. | $58.00 | $58.00 | $116.00 |
| SANTANA SANTOS | GEORGE | $65.25 | $65.25 | $130.50 |
| SANTIAGO CARABALLO, | ELI J. | $34.44 | $34.44 | $68.88 |
| SANTIAGO DIAZ, | LEIRA M. | $304.50 | $304.50 | $609.00 |
| SANTIAGO JIMENEZ | WILFREDO | $32.63 | $32.63 | $65.26 |
| SANTIAGO MARTINEZ | EDGARDO | $29.00 | $29.00 | $58.00 |
| SANTIAGO RODRIGUEZ, | ERIC D. | $138.66 | $138.66 | $277.32 |
| SANTOS AYALA, | DEMUEL | $29.00 | $29.00 | $58.00 |
| SANTOS TORRES, | MANUEL R. | $556.44 | $556.44 | $1,112.88 |
| SERRANO GARAY, | KIOMARY | $76.13 | $76.13 | $152.26 |
| SILVA CASTELLANOS, | JAVIER | $1,297.75 | $1,297.75 | $2,595.50 |
| SILVERIO HIRALDO, | ABEL | $29.00 | $29.00 | $58.00 |
| SUAZO CASTRO, | JOSE A. | $1,207.13 | $1,207.13 | $2,414.26 |
| TORRES DELGADO | VICTOR | $58.00 | $58.00 | $116.00 |
| TORRES DIAZ, | JOEL | $623.50 | $623.50 | $1,247.00 |
| TORRES DIAZ, | RAFAEL | $87.00 | $87.00 | $174.00 |
| TORRES MARTINEZ, | ELIXANDER | $72.50 | $72.50 | $145.00 |
| TORRES MIRANDA | ROBERTO | $29.00 | $29.00 | $58.00 |
| TORRES RIVERA, | JUAN M. | $277.31 | $277.31 | $554.62 |
| TORRES ROBLES, | WILMER O. | $192.13 | $192.13 | $384.26 |
| TORRES VILLEGAS, | ALICIA | $136.84 | $136.84 | $273.68 |
| VALENTIN OYOLA, | ANTHONY L. | $259.19 | $259.19 | $518.38 |
| VARGAS NEGRON, | EDITH | $725.00 | $725.00 | $1,450.00 |
| VAZQUEZ ROQUE, | OLGA Y. | $1,196.25 | $1,196.25 | $2,392.50 |
| VAZQUEZ TOLEDO, | ISAIAS | $68.88 | $68.88 | $137.76 |
| VELAZQUEZ DELGADO, | PEDRO J. | $1,445.47 | $1,445.47 | $2,890.94 |

Case ID: 1749079

OPTIMUS INVESTIGATIONS CORP.

| VELAZQUEZ LOPEZ, | JOSE L. | $108.75 | $108.75 | $217.50 |
|---|---|---|---|---|
| VELAZQUEZ ORTIZ, | MIGDOEL | $92.44 | $92.44 | $184.88 |
| VELAZQUEZ VELAZQUEZ, | LUIS D. | $105.13 | $105.13 | $210.26 |
| VELEZ VAZQUEZ, | JEAN C. | $87.00 | $87.00 | $174.00 |
| VICENTE SANTANA | ARMANDO | $126.88 | $126.88 | $253.76 |
| VIERA CARABALLO, | MARIBEL | $58.00 | $58.00 | $116.00 |
| WALKER CARDERON, | JOSE A. | $25.38 | $25.38 | $50.76 |
| ZABALA FIGUEROA, | ANGEL | $29.00 | $29.00 | $58.00 |
| ZABALA FIGUEROA, | SANTOS | $1,549.69 | $1,549.69 | $3,099.38 |
| ZAVALA AMADOR, | LUIS ANGEL | $29.00 | $29.00 | $58.00 |
| | | $83,382.74 | $83,382.74 | $166,765.48 |

Case ID: 1749079

OPTIMUS INVESTIGATIONS CORP.
EXHIBIT B

| Payment No. | Date Due | Amount Due | Interest Due | Total Due |
|---|---|---|---|---|
| 1 | 12/01/2015 | $2,316.19 | $2.19 | $2,318.38 |
| 2 | 12/16/2015 | $2,316.19 | $4.77 | $2,320.96 |
| 3 | 12/31/2015 | $2,316.19 | $5.31 | $2,321.50 |
| 4 | 01/15/2016 | $2,316.19 | $21.94 | $2,338.13 |
| 5 | 01/30/2016 | $2,316.19 | $4.18 | $2,320.37 |
| 6 | 02/14/2016 | $2,316.19 | $5.42 | $2,321.61 |
| 7 | 02/29/2016 | $2,316.19 | $13.03 | $2,329.22 |
| 8 | 03/15/2016 | $2,316.19 | $29.47 | $2,345.66 |
| 9 | 03/30/2016 | $2,316.19 | $4.97 | $2,321.16 |
| 10 | 04/14/2016 | $2,316.19 | $19.42 | $2,335.61 |
| 11 | 04/29/2016 | $2,316.19 | $43.32 | $2,359.51 |
| 12 | 05/14/2016 | $2,316.19 | $2.65 | $2,318.84 |
| 13 | 05/29/2016 | $2,316.19 | $32.53 | $2,348.72 |
| 14 | 06/13/2016 | $2,316.19 | $20.53 | $2,336.72 |
| 15 | 06/28/2016 | $2,316.19 | $30.36 | $2,346.55 |
| 16 | 07/13/2016 | $2,316.19 | $30.28 | $2,346.47 |
| 17 | 07/28/2016 | $2,316.19 | $38.99 | $2,355.18 |
| 18 | 08/12/2016 | $2,316.19 | $31.67 | $2,347.86 |
| 19 | 08/27/2016 | $2,316.19 | $36.62 | $2,352.81 |
| 20 | 09/11/2016 | $2,316.19 | $55.38 | $2,371.57 |
| 21 | 09/26/2016 | $2,316.19 | $31.31 | $2,347.50 |
| 22 | 10/11/2016 | $2,316.19 | $34.17 | $2,350.36 |
| 23 | 10/26/2016 | $2,316.19 | $42.08 | $2,358.27 |
| 24 | 11/10/2016 | $2,316.19 | $48.26 | $2,364.45 |
| 25 | 11/25/2016 | $2,316.19 | $48.73 | $2,364.92 |

| 26 | 12/10/2016 | $2,316.19 | $76.81 | $2,393.00 |
| 27 | 12/25/2016 | $2,316.19 | $27.23 | $2,343.42 |
| 28 | 01/09/2017 | $2,316.19 | $51.68 | $2,367.87 |
| 29 | 01/24/2017 | $2,316.19 | $72.12 | $2,388.31 |
| 30 | 02/08/2017 | $2,316.19 | $48.50 | $2,364.69 |
| 31 | 02/23/2017 | $2,316.19 | $72.01 | $2,388.20 |
| 32 | 03/10/2017 | $2,316.19 | $102.87 | $2,419.06 |
| 33 | 03/25/2017 | $2,316.19 | $10.57 | $2,326.76 |
| 34 | 04/09/2017 | $2,316.19 | $63.09 | $2,379.28 |
| 35 | 04/24/2017 | $2,316.19 | $73.94 | $2,390.13 |
| 36 | 05/09/2017 | $2,316.19 | $63.65 | $2,379.84 |
| 37 | 05/24/2017 | $2,316.19 | $34.34 | $2,350.53 |
| 38 | 06/08/2017 | $2,316.19 | $37.93 | $2,354.12 |
| 39 | 06/23/2017 | $2,316.19 | $28.31 | $2,344.50 |
| 40 | 07/08/2017 | $2,316.19 | $93.38 | $2,409.57 |
| 41 | 07/23/2017 | $2,316.19 | $1.80 | $2,317.99 |
| 42 | 08/07/2017 | $2,316.19 | $7.28 | $2,323.47 |
| 43 | 08/22/2017 | $2,316.19 | $32.92 | $2,349.11 |
| 44 | 09/06/2017 | $2,316.19 | $64.92 | $2,381.11 |
| 45 | 09/21/2017 | $2,316.19 | $6.19 | $2,322.38 |
| 46 | 10/06/2017 | $2,316.19 | $34.52 | $2,350.71 |
| 47 | 10/21/2017 | $2,316.19 | $67.37 | $2,383.56 |
| 48 | 11/05/2017 | $2,316.19 | $1.05 | $2,317.24 |
| 49 | 11/20/2017 | $2,316.19 | $41.62 | $2,357.81 |
| 50 | 12/05/2017 | $2,316.19 | $24.63 | $2,340.82 |

| | | | | |
|---|---|---|---|---|
| 51 | 12/20/2017 | $2,316.19 | $36.01 | $2,352.20 |
| 52 | 01/04/2018 | $2,316.19 | $33.75 | $2,349.94 |
| 53 | 01/19/2018 | $2,316.19 | $40.94 | $2,357.13 |
| 54 | 02/03/2018 | $2,316.19 | $31.19 | $2,347.38 |
| 55 | 02/18/2018 | $2,316.19 | $33.98 | $2,350.17 |
| 56 | 03/05/2018 | $2,316.19 | $48.73 | $2,364.92 |
| 57 | 03/20/2018 | $2,316.19 | $25.84 | $2,342.03 |
| 58 | 04/04/2018 | $2,316.19 | $27.35 | $2,343.54 |
| 59 | 04/19/2018 | $2,316.19 | $32.38 | $2,348.57 |
| 60 | 05/04/2018 | $2,316.19 | $35.44 | $2,351.63 |
| 61 | 05/19/2018 | $2,316.19 | $34.50 | $2,350.69 |
| 62 | 06/03/2018 | $2,316.19 | $52.37 | $2,368.56 |
| 63 | 06/18/2018 | $2,316.19 | $17.83 | $2,334.02 |
| 64 | 07/03/2018 | $2,316.19 | $33.05 | $2,349.24 |
| 65 | 07/18/2018 | $2,316.19 | $44.09 | $2,360.28 |
| 66 | 08/02/2018 | $2,316.19 | $28.58 | $2,344.77 |
| 67 | 08/17/2018 | $2,316.19 | $41.36 | $2,357.55 |
| 68 | 09/01/2018 | $2,316.19 | $56.76 | $2,372.95 |
| 69 | 09/16/2018 | $2,316.19 | $5.49 | $2,321.68 |
| 70 | 10/01/2018 | $2,316.19 | $33.12 | $2,349.31 |
| 71 | 10/16/2018 | $2,316.19 | $37.69 | $2,353.88 |
| 72 | 10/31/2018 | $2,315.99 | $29.53 | $2,345.52 |
| | Totals: | $166,765.48 | $2,536.29 | $169,301.77 |